DANIEL J. BRODERICK, #89424
Federal Defender
STEPHEN BETZ, Bar #234510
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IONUT CORBU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IONUT CORBU,<br><br>　　　　　Defendant. | NO. 6:06-mj-0216 WMW<br><br>ORDER AND DECLARATION OF STEPHEN BETZ<br><br>Judge: Hon. William M. Wunderlich |

**O R D E R**

**IT IS SO ORDERED.** On April 17, 2007, defendant Ionut Corbu plead guilty to 36 C.F.R. § 2.32 ( a)(2), failure to comply with a lawful order. Mr. Corbu was placed on 12 months unsupervised probation, ordered to serve 2 days in custody with credit for 2 days served, and to pay a fine in the amount of $500 which can be reduced to $100 by performing 50 hours of community service.

The maximum punishment for a violation of 36 C.F.R. § 2.32 (a)(2) is 6 months custody and/or $5,000 fine.

IT IS SO ORDERED.

Dated:　April 17, 2007　　　　　　　　/s/ William M. Wunderlich
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE