DANIEL J. BRODERICK, #89424
Federal Defender
STEPHEN BETZ, Bar #234510
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IONUT CORBU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:06-mj-0216 WMW |
| Plaintiff, | [PROPOSED] ORDER AND DECLARATION OF STEPHEN BETZ |
| v. | Judge: Hon. William M. Wunderlich |
| IONUT CORBU, | |
| Defendant. | |

**O R D E R**

**IT IS SO ORDERED.** On April 17, 2007, defendant Ionut Corbu plead guilty to 36 C.F.R. § 2.32 ( a)(2), failure to comply with a lawful order. Mr. Corbu was placed on 12 months unsupervised probation, ordered to serve 2 days in custody with credit for 2 days served, and to pay a fine in the amount of $500 which can be reduced to $100 by performing 50 hours of community service.

Count One of the complaint, 36 C.F.R. § 2.32 (a)(1), was amended to 36 C.F.R. § 2.32(a)(2), the charge that Mr. Corbu pled guilty to.

Count Two, 36 C.F.R. § 2.35(c), of the complaint was dismissed.

The minimum punishment for a violation of 36 C.F.R. § 2.32(a)(2) is no custody time, no fine, and a $10 penalty assessment.

///

///

The maximum punishment for a violation of 36 C.F.R. § 2.32 (a)(2) is 6 months in custody and/or a $5,000 fine.

Dated: April 20, 2007

_____
Honorable William M. Wunderlich
Magistrate Judge, Eastern District of California

IT IS SO ORDERED.

**Dated:    April 20, 2007**            /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE